ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

APR 2 6 2001

CENTRAL DISTRICT OF CALIFORNIA
BY _____ . DEPUTY

_____ Priority
__X_ Send
_____ Clsd
__X_ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID OSHER, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> GUESS?, INC.; MAURICE MARCIANO; ARMAND MARCIANO; PAUL MARCIANO; and BRIAN FLEMING, <br><br> Defendants. | ) Case No.: CV-01-00871 LGB <br> ) (RNBx) <br> ) <br> ) CLASS ACTION <br> ) <br> ) [PROPOSED] ORDER CONSOLIDATING <br> ) RELATED CASES; APPOINTING THE <br> ) POLICEMEN AND FIREMEN <br> ) RETIREMENT SYSTEM OF THE CITY <br> ) OF DETROIT AS LEAD PLAINTIFF <br> ) PURSUANT TO SECTION <br> ) 21D(a)(3)(B) OF THE SECURITIES <br> ) EXCHANGE ACT OF 1934; AND <br> ) APPROVING PROPOSED LEAD <br> ) PLAINTIFF'S CHOICE OF COUNSEL |

ENTERED
CLERK, U S DISTRICT COURT

APR 2 7 2001

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_✓_ Docketed
_✓_ Copies / NTC Sent
_ML_ JS - 5 / JS - 6
_____ JS - 2 / JS - 3
_____ CLSD

The Court having considered The Policemen and Firemen Retirement System of the City of Detroit's ("Detroit") Motion To Be Appointed Lead Plaintiff Pursuant To Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), and to Approve Proposed Lead Plaintiff's Choice of Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

## I.    CONSOLIDATION OF RELATED CASES

1.    The following actions are related cases within the meaning of Civil Local Rule 4.3:

| ABBREVIATED CASE NAME | CASE NUMBER | DATE FILED |
|---|---|---|
| *Osher v. Guess?, Inc., et al.* Plaintiff: David Osher ("Osher") | 01-CV-00871-LGB (RNBx) | 01/31/01 |
| *Nuckols v. Guess?, Inc., et al.* Plaintiff: Robert M. Nuckols ("Nuckols") | 01-CV-00979-LGB (RNBx) **979** | 02/01/01 |
| *Dreyfus v. Guess?, Inc., et al.* Plaintiff: Brett Dreyfus ("Dreyfus") | 01-CV-00996-TJH (RNBx) | 02/01/01 |
| *Sloan v. Guess?, Inc., et al.* Plaintiff: Jerry Sloan ("Sloan") | 01-CV-01114-LGB (RNBx) | 02/06/01 |
| *Byrd v. Guess?, Inc., et al.* Plaintiff: Jerry Byrd ("Byrd") | 01-CV-01413-LGB (RNBx) | 02/13/01 |
| *Liska v. Guess?, Inc. et al.* Plaintiff: Patrick Liska ("Liska") | 01-CV-01502-GAF (RNBx) | 02/14/01 |
| *Wegman v. Guess?, Inc. et al.* Plaintiff: Darrin S. Wegman ("Wegman") | 01-CV-01724-LGB (RNBx) | 02/22/01 |
| *Gindi v. Guess?, Inc. et al.* Plaintiff: Rosie Gindi ("Gindi") | 01-CV-01733-LGB (RNBx) | 02/22/01 |

Pursuant to Federal Rule of Civil Procedure 42(a), these cases are hereby consolidated into Civil Action No. 01-CV-00871-LGB (RNBx) for pretrial proceedings before this Court. The Consolidated

Action shall be captioned: "*In re Guess?, Inc. Securities Litigation.*"

2.    All related actions that are subsequently filed in, or transferred to, this district shall be consolidated into this action for pretrial purposes. This Order shall apply to every such related action, absent order of the Court. A party that objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within thirty (30) days after the date on which a copy of the Order is mailed to the party's counsel, pursuant to ¶7, *infra*.

3.    This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

## II.    APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

4.    Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B), the Policemen and Firemen Retirement System of the City of Detroit, is appointed Lead Plaintiff for the class in the Consolidated Action, and all actions subsequently consolidated therewith.

5.    Pursuant to Section 21D(a)(3)(B)(v) of the Exchange Act, the law firm of Bernstein Litowitz Berger & Grossmann LLP is appointed as Lead Counsel for the Class.

## III.    MASTER DOCKET AND CAPTION

6.    The docket in Civil Action No. 01-CV-00871-LGB (RNBx) shall constitute the Master Docket for this action.

7.    Every pleading filed in the Consolidated Action shall bear the following caption:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re GUESS?, INC. SECURITIES LITIGATION | ) ) ) ) | Master File No.: 01-CV-00871-LGB (RNBx) |
|---|---|---|
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | |

8.    The file in Civil Action No. 01-CV-00871-LGB (RNBx) shall constitute the Master File for every action in the Consolidated Action.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:."  When a pleading applies only to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:," the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action (e.g. "No. 01-CV-00979-LGB (RNBx) (Nuckols)").

9.    The parties shall file a Notice of Related Cases pursuant to Civil Local Rule 4.3.1 whenever a case that should be consolidated into this action is filed in, or transferred to, this district.  If the Court determines that the case is related, the clerk shall:

a.    place a copy of this Order in the separate file for such action;

b.    serve on plaintiffs' counsel in the new case a copy of this Order;

[PROPOSED] ORDER TO APPOINT LEAD PLAINTIFF
Case No.: CV-01-871-LGB (RNBx)                    Page 4

c.    direct that this Order be served upon defendants in the new case; and

d.    make the appropriate entry in the Master Docket.

IT IS SO ORDERED

DATED: *April 25, 2001*                    _____
                                            THE HONORABLE LOURDES G. BAIRD
                                            UNITED STATES DISTRICT COURT JUDGE

Submitted by:

Dated:    April 20, 2001

BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
ALAN SCHULMAN
ROBERT S. GANS
WOLFRAM WORMS
12730 High Bluff Drive, Suite 100
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
        -and-
DOUGLAS M. McKEIGE
1285 Avenue of the Americas
New York, New York 10019
Tel:  (212) 554-1400

Attorneys for the Policemen and Firemen
Retirement System of the City of Detroit
and Proposed Lead Counsel to the Class

1014.1